THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Curtis Calvin
 Gainey, Appellant.
 
 
 

Appeal From York County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No.  2008-UP-375
 Submitted July 1, 2008  Filed July 14,
2008 

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Curtis
 Calvin Gainey appeals his guilty plea to voluntary manslaughter and possession
 of a firearm during the commission of a violent offense and sentenced to concurrent
 sentences of thirty and five years, respectively.  Gainey argues the trial
 court erred by accepting his guilty plea because his plea did not conform to
 the mandates set forth by Boykin v.
 Alabama, 395 U.S. 238 (1969).  Gainey
 filed a pro se brief.  After a thorough review of the record, counsels brief,
 and Gaineys pro se brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Gaineys appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.